UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JACK MANN,

        Plaintiff,

v.

UNITED STATES OF AMERICA,

        Defendant.

_____/

Case No. 14-13439

SENIOR U.S. DISTRICT JUDGE
ARTHUR J. TARNOW

U.S. MAGISTRATE JUDGE
R. STEVEN WHALEN

**ORDER ADOPTING REPORT AND RECOMMENDATION [50]; DENYING AS MOOT PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT [22]**

On September 4, 2014, Plaintiff filed his Complaint [1] against former defendants Douglas Straub, Hillary Calvird, and Michael Calvird. On February 6, 2015, the former defendants filed a Motion for Extension of Time to Respond to the Complaint [19]. The Court granted the motion on February 19, 2015. On February 23, 2015, Plaintiff filed a Motion for Default Judgment [22] against the former defendants. On April 8, 2015, the Court issued an Order [30] reflecting that the United States had been substituted for the former defendants as the sole defendant in this case. On May 21, 2015, the Magistrate Judge issued a Report and Recommendation [50] recommending that the Court deny Plaintiff's Motion for

1

Default Judgment [22] as moot. Neither party filed an objection to the Report and Recommendation.

The Court having reviewed the record, the Report and Recommendation [50] is hereby **ADOPTED** and entered as the findings and conclusions of the Court. Accordingly,

**IT IS ORDERED** that Plaintiff's Motion for Default Judgment [22] against former defendants Straub, Calvird, and Calvird is **DENIED AS MOOT**.

**SO ORDERED**.

Dated: July 23, 2015

s/Arthur J. Tarnow
Arthur J. Tarnow
Senior United States District Judge