UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JACK MANN,

      Plaintiff,                        No. 14-13439

v.                                     District Judge Arthur J. Tarnow
                                       Magistrate Judge R. Steven Whalen

UNITED STATES OF AMERICA,

      Defendant.
_____/

**ORDER**

      Plaintiff's motion to bring new case law [Doc. #57] is GRANTED.

      Plaintiff's motion for update on motion to amend [Doc. #64] is DENIED AS MOOT. I entered an order denying the motion to amend.

      IT IS SO ORDERED.

                                             s/R. Steven Whalen
                                             R. STEVEN WHALEN
                                             UNITED STATES MAGISTRATE JUDGE

Date: January 27, 2016

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent to parties of record on January 27, 2016, electronically and/or by U.S. mail.

                                             s/C. Ciesla
                                             Case Manager